UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK DANIEL,

          Petitioner,

v.                                       Case No. 07-CV-12273-DT

BARRY DAVIS,

          Respondent.
_____/

### ORDER DENYING PETITIONER'S "MOTION TO CONSIDER NON-COMPLIANT HABEAS CORPUS PETITION"

This matter is before the court on Petitioner Patrick Daniel's "Motion to Consider Non-Compliant Habeas Corpus Petition." In his motion, Petitioner "asks this Honorable Court's indulgence if there are any unintended errors in Petitioner's filings and respectfully requests that this Honorable Court overlook such transgressions." (Pet'r's Mot. at ¶ 4.) The court has already accepted Petitioner's voluminous habeas petition for filing and ordered the State to respond to the petition. Accordingly,

IT IS ORDERED that Petitioner's "Motion to Consider Non-Compliant Habeas Corpus Petition" [Dkt. # 3] is DENIED as moot. The court makes no determination as to the procedural or substantive merits of Petitioner's claims at this time.

                                         s/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE

Dated: June 11, 2007

Dockets.Justia.com

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 11, 2007, by electronic and/or ordinary mail.

      s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522