UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK DANIEL,

    Petitioner,

v.    Case No. 07-CV-12273

BARRY DAVIS,

    Respondent.
_____/

**ORDER GRANTING PETITIONER'S MOTION TO AMEND**

This matter is before the court on Petitioner's motion to amend his habeas petition. The court shall accept the amended pleading as a supplement or clarification to his original petition as it does not appear that Petitioner has deleted or added claims to his original petition. Further, the court notes that it has accepted Petitioner's voluminous habeas petition for filing, the State has filed an answer to that petition, and Petitioner has filed a reply to that answer. Accordingly,

IT IS ORDERED that Petitioner's motion to amend is GRANTED. The court will consider the pleading as a supplement or clarification to his original petition, and the court makes no determination as to the procedural or substantive merits of Petitioner's claims at this time.

                                       s/Robert H. Cleland
                                       ROBERT H. CLELAND
                                       UNITED STATES DISTRICT JUDGE

Dated: August 29, 2008

I hereby certify that a copy of the foregoing document was mailed to Patrick Daniel and counsel of record on this date, August 29, 2008, by electronic and/or ordinary mail.

<pre>                                    s/Lisa Wagner
                                    Case Manager and Deputy Clerk
                                    (313) 234-5522</pre>